ATTALLA HOLDING COMPANY, PLAINTIFF-PETITIONER, v. CITY OF ORANGE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. John R. Murray* for the respondents.

June 30, 1961. Denied.

SANTO MINARDI, PLAINTIFF-PETITIONER, v. ANTHONE NOCITO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 66 *N. J. Super.* 187.

*Mr. Jerome L. Yesko* for the petitioner.

*Mr. James L. Toscano* and *Mr. James A. Major* for the respondents.

June 30, 1961. Denied.